UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WOSBELY ISAAC VASQUEZ GONZALES,<br><br>                              Petitioner,<br><br>v.<br><br>WARDEN, IMPERIAL REGIONAL DETENTION FACILITY, et al.,<br><br>                              Respondents. | Case No.:  3:26-cv-3121-CAB-AHG<br><br>**ORDER FOR SUPPLEMENTAL INFORMATION** |

Pending before the Court is Petitioner Wosbely Isaac Vasquez Gonzales' petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  In his traverse, Petitioner argues for the first time that when he first entered the United States in 2015 he was detained by immigration authorities and then released.  [*Compare* Doc. No. 6 at 1–2, *with* Petition at 3–4.]

///

///

///

///

1

The Court therefore **ORDERS** Respondents to clarify by **June 17, 2026** whether Petitioner has been detained and released by immigration authorities prior to the current detention.  Respondents may also submit a sur-reply brief of no more than three pages to address Petitioner's re-detention argument, if desired.

It is **SO ORDERED**.

Dated:  June 10, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

2